IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES MARK KING,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GCA EDUCATION SERVICES, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO.<br>1:16-cv-04791-MHC |

**AMENDED JOINT MOTION TO APPROVE SETTLEMENT**

Plaintiff James King ("Plaintiff") and Defendant GCA Education Services, Inc. ("Defendant") (collectively, the "Parties") submit this amended motion, asking that the Court approve the Parties' settlement in this matter. The Parties incorporate herein, by reference, the arguments and citations made in favor of the approval of that settlement which are contained in the Parties' earlier-filed Joint Motion and Incorporated Memorandum of Law to Approve Settlement (Dkt. # 39). Pursuant to the Court's January 4, 2018 order (Dkt. # 41), the Parties have also attached a complete and unredacted copy of the Parties' Settlement Agreement.

WHEREFORE, the Parties respectfully request this Court issue an Order (1) approving the Parties' settlement, and (2) dismissing Plaintiff's Complaint and

related claim *with prejudice*. A proposed Order granting the relief requested herein is attached to this Amended Joint Motion.

Respectfully submitted, this 4th day of January, 2018.

| | |
|---|---|
| */s/ Mitchell D. Benjamin\** | */s/ Aaron I. Saltzman* |
| Mitchell D. Benjamin | Leslie A. Dent |
| Georgia Bar No. 049888 | Georgia Bar No. 218566 |
| Benjamin@dcbflegal.com | ldent@littler.com |
| Charles R. Bridgers | Aaron I. Saltzman |
| Georgia Bar No. 080791 | Georgia Bar No. 470763 |
| charlesbridgers@dcbflegal.com | asaltzman@littler.com |
| DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN, LLC | LITTLER MENDELSON, P.C. |
| 3100 Centennial Tower | 3344 Peachtree Road N.E. |
| 101 Marietta Street | Suite 1500 |
| Atlanta, GA  30303 | Atlanta, GA  30326.4803 |
| 404.979.3150 | 404.233.0330 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| James Mark King | GCA Education Services, Inc. |

*\*signed with express permission*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by L.R. 5.1B. This document was prepared on a computer using the Times New Roman font (14 point).

Respectfully submitted, this 4th day of January, 2018.

                                 By:    */s/ Aaron I. Saltzman*
                                                   Aaron I. Saltzman
                                                   Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES MARK KING,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GCA EDUCATION SERVICES, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO.<br>1:16-cv-04791-MHC |

## CERTIFICATE OF SERVICE

I hereby certify that, on January 4, 2018, I electronically filed the foregoing AMENDED JOINT MOTION AND INCORPORATED MEMORANDUM OF LAW TO APPROVE SETTLEMENT AGREEMENT with the Clerk of Court using the CM/ECF system, which will send and serve notice of the same to the following counsel of record:

Mitchell D. Benjamin
Benjamin@dcbflegal.com

Charles R. Bridgers
charlesbridgers@dcbflegal.com

　　　　　　　　　　　　　　　　*/s/ Aaron I. Saltzman*
　　　　　　　　　　　　　　　　Attorney for Defendant